UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

No. 14-CIV-24568-MORENO

GOOD MAN PRODUCTIONS, INC.,

    *Plaintiff*,

vs.

JOHN DOE subscriber assigned IP address 75.74.74.24,

    *Defendant*.

_____/

## **ORDER GRANTING MOTION TO SERVE A THIRD PARTY SUBPOENA**

This is an action for copyright infringement of Plaintiff Good Man Production's motion picture by a John Doe Defendant using the BitTorrent file distribution network. Good Man seeks leave to serve discovery on the Defendant's Internet Service Provider, Comcast Cable, so that Plaintiff may learn the Defendant's true identity. This is a common practice in Internet infringement cases because it is often only practical means to identify an anonymous internet user and seek the protection of the court. *E.g.*, *Voltage Pictures, LLC v. Doe 4*, No. 6:13-cv-688-Orl-31KRS, 2013 WL 342290 (M.D. Fla. July 8, 2013). In this case, Good Man demonstrated a prima facie showing of infringement, that there is no other way to identify the Defendant, and that there is a risk that Comcast Cable will destroy its logs prior to a Rule 26(f) conference. Finding good cause for Good Man's request to begin discovery, it is

ADJUDGED that Good Man's motion is GRANTED. Good Man may issue a Rule 45 subpoena to discover the Defendant's identity prior to a Rule 26(f) conference.

-2-

DONE AND ORDERED in Chambers at Miami, Florida, this /9/ day of March, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record