UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 14-24568-CIV-MORENO

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 75.74.74.24,

    Defendant.
_____/

## ORDER DENYING MOTION FOR EXTENSION AND DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time to Serve John Doe Defendant, filed on April 1, 2015.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that Plaintiff's Motion for Extension is DENIED as Plaintiff has not shown why the third party's "expected" response on May 5, 2015 would not be untimely since the Court granted leave to file a third party subpoena on March 19, 2015. Accordingly, this case is

DISMISSED without prejudice for failure to serve the complaint in compliance with Federal Rule of Civil Procedure 4(m). The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of April, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record