IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.                                          Civil Action No.  1:14-cv-24568-FAM

JOHN DOE, subscriber assigned IP address
75.74.74.24,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.  John Doe was assigned the IP address 75.74.74.24.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 18, 2015                         Respectfully submitted,

                                                        By:    /s/*M. Keith Lipscomb*
                                                         M. Keith Lipscomb (429554)
                                                         klipscomb@lebfirm.com
                                                         Lipscomb, Eisenberg & Baker, PL
                                                         2 South Biscayne Boulevard
                                                         Penthouse 3800
                                                         Miami, FL  33131
                                                         Telephone:  (786) 431-2228
                                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*_____
M. Keith Lipscomb